UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cr. No. 04-_____ |
| ) | Violation: |
| SANDRO CHAPA-CABRERA, ) | 18 U.S.C. §1028(a)(6) |
| ) | (Knowing possession of |
| Defendant ) | identification document |
| ) | produced without lawful |
| ) | authority) |

**INFORMATION**

**COUNT ONE**: 18 U.S.C. §1028(a)(6)(knowing possession of identification document produced without lawful authority)

The United States Attorney charges that:

On or about May 14, 2002, at Worcester, Massachusetts, and elsewhere, the defendant

**SANDRO CHAPA-CABRERA,**

did knowingly possess an identification document that is an identification document, to wit: a driver's license issued by the Commonwealth of Massachusetts, Registry of Motor Vehicles in the name of Sandro Chapa-Cabrera, which was produced without lawful authority, knowing that such identification document was produced without lawful authority.

(All in violation of Title 18, United States Code, Section 1028(a)(6).

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
PAUL G. CASEY
Assistant U.S. Attorney

Date: 9/7/04