# United States District Court

DISTRICT OF _____

UNITED STATES OF AMERICA
V.

SANDRO CHAPA-CABRERA

CONSENT TO PROCEED BEFORE
UNITED STATES MAGISTRATE JUDGE
IN A MISDEMEANOR CASE

CASE NUMBER: 04 — 1822 CBS
Violation
18 USC §1028 (a)(4)

The United States magistrate judge has explained to me the nature of the offense(s) with which I am charged and the maximum possible penalties which might be imposed if I am found guilty. The magistrate judge has informed me of my right to the assistance of legal counsel. The magistrate judge has informed me of my right to trial, judgment, and sentencing before a United States district judge or a United States magistrate judge.

I HEREBY: Waive (give up) my right to trial, judgment, and sentencing before a United States district judge, and I consent to trial, judgment and sentencing before a United States magistrate judge.

ATTY: _____    X _____
TRANSLATOR: _____
SPANISH                                     Defendant

## WAIVER OF RIGHT TO TRIAL BY JURY

The magistrate judge has advised me of my right to trial by jury.

I HEREBY: Waive (give up) my right to trial by jury. X _____
                                                          Defendant
ATTY: _____   Consented to by United States _____
                                                          Signature
TRANSLATOR: _____                        Paul C. Casey, AUSA
SPANISH                                            Name and Title

## WAIVER OF RIGHT TO HAVE THIRTY DAYS TO PREPARE FOR TRIAL

The magistrate judge has also advised me of my right to have at least thirty days to prepare for trial before the magistrate judge.

I HEREBY: Waive (give up) my right to have at least thirty days to prepare for trial.

_____    X _____
                                                          Defendant

_____            Approved By: _____
Defendant's Attorney (If any)                U.S. Magistrate Judge
Eugene P. McCann
                                             9-7-04
                                             Date